# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

MALCOLM C. FIELDS,

    Petitioner,                       :      Case No. 3:22-cv-13

    - vs -                                District Judge Thomas M. Rose
                                       Magistrate Judge Michael R. Merz

KENNETH BLACK, Warden,
  Richland Correctional Institution,

                                 :

    Respondent.

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

      The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 11) to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

      This Court lacks jurisdiction over the case and it is therefore dismissed with prejudice. Petitioner is DENIED any requested certificate of appealability and the Court hereby certifies to the United States Court of Appeals that an appeal would be objectively frivolous and therefore should not be permitted to proceed in forma pauperis.

Dated: <u>January 9, 2023</u>.

                                                             s/Thomas M. Rose
                                                             Thomas M. Rose
                                                          United States District Judge